UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JAN HARALD PORTOCARRERO (1),<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Criminal No. 13CR2196-JLS<br><br>**ORDER SETTING HEARING ON GOVERNMENT'S MOTION TO AMEND BAIL ORDER** |

IT IS HEREBY ORDERED that a hearing on the Government's Motion to Amend Bail Order to a Real Property Bond Only (Doc. No. 164) shall take place before this Court tomorrow, **July 9, 2013**, at **9:30 a.m.**

**IT IS SO ORDERED**.

DATED:  July 8, 2013

_Janis L. Sammartino_
Honorable Janis L. Sammartino
United States District Judge